**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Civil Action No. 3:26-cv-00471-MOC-DCK**

| | |
|---|---|
| 3 VENTURES, LLC and MJT Ventures LLC, individually and derivatively on behalf of Spice Tapas LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NANA ATAKORA, BAFFOUR ATAKORA, and 1221 Hospitality LLC,<br><br>Defendants,<br><br>v.<br><br>SPICE TAPAS LLC,<br><br>Nominal Defendant. | **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, Plaintiffs 3 Ventures, LLC and MJT Ventures LLC move for a two-week extension of time in which to respond to Defendants' Motion to Dismiss (Doc. 7), which would make the response deadline September 18, 2026. In support of this motion, Plaintiffs show the Court:

1. Defendants moved to dismiss the Complaint on August 21, 2026. Thus, Plaintiffs' current deadline to respond is September 4, 2026.

2. Because Defendants' Motion to Dismiss spans more than 21 pages and includes more than 21 arguments addressing complex issues, Plaintiffs need additional time to prepare their response to the Motion to Dismiss.

3. In addition, Plaintiffs served a Derivative Demand on Defendant Spice Tapas LLC

on June 16, 2026. The 90-day period under N.C. Gen. Stat. § 57D-8-01(a)(2)(ii) expires on September 14, 2026. At that time, Plaintiffs may amend the Complaint to assert additional derivative claims, which would moot some of the arguments raised in Defendants' Motion to Dismiss. As a result, granting the requested extension would promote the preservation of the parties' and Court's resources.

4. The requested extension will not affect any other deadlines set in this matter or delay any proceedings. This is Plaintiffs' first request for an extension.

5. This motion is timely, made in good faith, and not for the purpose of delay.

6. Counsel for Defendants consents to the requested extension.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and extend their deadline in which to respond to Defendants' Motion to Dismiss by two weeks to September 18, 2026.

This the 31st day of August 2026.

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Patrick Grayson Spaugh
Patrick Grayson Spaugh (N.C. Bar No. 49532)
Philip Mayer (N.C. Bar No. 52288)
301 South College Street, Suite 3500
Charlotte, North Carolina 28202-6037
Telephone: (704) 331-4996
Facsimile: (704) 338-7854
Email: Patrick.Spaugh@wbd-us.com

*Attorneys for Plaintiffs*