**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-CV-471-MOC-DCK**

| | | |
|---|---|---|
| **3 VENTURES, LLC et al,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **NANA ATAKORA et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Consent Motion For Extension Of Time To Respond To Defendants' Motion To Dismiss" (Document No. 11) filed August 31, 2026. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Consent Motion For Extension Of Time To Respond To Defendants' Motion To Dismiss" (Document No. 11) is **GRANTED**. Plaintiffs shall file any response to Defendants' Motion To Dismiss, on or before **September 18, 2026**.

**SO ORDERED**.

Signed: August 31, 2026

David C. Keesler
United States Magistrate Judge