**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Civil Action No. 3:26-cv-00471-MOC-DCK**

| | |
|---|---|
| 3 VENTURES, LLC and MJT Ventures LLC, individually and derivatively on behalf of Spice Tapas LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NANA ATAKORA, BAFFOUR ATAKORA, and 1221 Hospitality LLC,<br><br>Defendants,<br><br>v.<br><br>SPICE TAPAS LLC,<br><br>Nominal Defendant. | **MOTION TO AMEND COMPLAINT** |

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs 3 Ventures, LLC ("3 Ventures") and MJT Ventures LLC ("MJT Ventures"), individually and derivatively on behalf of Nominal Defendant Spice Tapas LLC ("Spice"), move the Court to allow them to file the proposed Amended Complaint attached hereto as Exhibit 1. The proposed Amended Complaint includes the only new exhibit, which is the Derivative Demand dated June 16, 2026. All other exhibits, including the numbers, remain the same as the original Complaint. If this motion is granted, Plaintiffs will file the proposed Amended Complaint with all the exhibits. In addition, a redline comparison showing the changes between the Complaint and the proposed Amended Complaint is attached hereto as Exhibit 2.

In further support of this motion, Plaintiffs rely on the memorandum of law in support

thereof filed contemporaneously herewith.

Counsel for Plaintiffs sent counsel for Defendants an email this morning in an effort to consult with them about this Motion, but was unable to obtain a response prior to filing this Motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and allow them to file the proposed Amended Complaint.

This the 18th day of September 2026.

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Patrick Grayson Spaugh
Patrick Grayson Spaugh (N.C. Bar No. 49532)
Philip Mayer (N.C. Bar No. 52288)
301 South College Street, Suite 3500
Charlotte, North Carolina 28202-6037
Telephone: (704) 331-4996
Facsimile: (704) 338-7854
Email: Patrick.Spaugh@wbd-us.com

*Attorney for Plaintiffs*