**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Civil Action No. 3:26CV-00471-MOC-DCK**

| | |
|---|---|
| 3 VENTURES, LLC and MJT Ventures LLC, individually and derivatively on behalf of Spice Tapas LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NANA ATAKORA, BAFFOUR ATAKORA, and 1221 Hospitality LLC,<br><br>Defendants,<br><br>v.<br><br>SPICE TAPAS LLC,<br><br>Nominal Defendant. | **MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, Plaintiffs move the Court to extend the deadline in which to respond to Defendants' Motion to Dismiss (Doc. 7) until after the Court resolves Plaintiffs' Motion to Amend Complaint.

1. Plaintiffs sent a Derivative Demand to Defendants on June 16, 2026. Plaintiffs could not assert claims arising from the Derivative Demand until after the expiration of 90 days under N.C. Gen. Stat. § 57D-8-01(a)(2)(ii). Thus, the earliest Plaintiffs could have amended the complaint to assert the derivative claims was September 14, 2026.

2. Today, September 18, 2026, Plaintiffs filed a Motion to Amend Complaint to assert the new derivative claims. If granted, the proposed Amended Complaint would moot the pending Motion to Dismiss. In addition, the Amended Complaint should permanently resolve many of the

arguments raised in Defendants' Motion to Dismiss. Thus, allowing this extension to resolve the pending Motion to Amend Complaint would promote the preservation of the parties' and Court's resources.

3. The requested extension will not affect any other deadlines set in this matter or delay any proceedings.

4. Plaintiffs' current deadline to respond to the Motion to Dismiss is September 18, 2026. This motion is timely, made in good faith, and not for the purpose of delay.

5. Counsel for Plaintiffs attempted to obtain Counsel for Defendants' position on the motion this morning, but did not receive a response prior to the filing of this motion.

6. If the Court denies the Motion to Amend Complaint, Plaintiffs request that the Court set their deadline to respond to the Motion to Dismiss as 14 days after the Court's denial.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and extend their deadline in which to respond to Defendants' Motion to Dismiss until after the Court resolves the Motion to Amend Complaint.

This the 18th day of September 2026.

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Patrick Grayson Spaugh
Patrick Grayson Spaugh (N.C. Bar No. 49532)
Philip Mayer (N.C. Bar No. 52288)
301 South College Street, Suite 3500
Charlotte, North Carolina 28202-6037
Telephone: (704) 331-4996
Facsimile: (704) 338-7854
Email: Patrick.Spaugh@wbd-us.com

*Attorneys for Plaintiffs*