**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**Civil Action No. 3:26-cv-00471**

| | |
|---|---|
| **3 Ventures, LLC and MJT Ventures LLC, individually and derivatively on behalf of Spice Tapas LLC**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**Nana Atakora, Baffour Atakora, and 1221 Hospitality LLC,**<br><br>**Defendants,**<br><br>**v.**<br><br>**Spice Tapas LLC,**<br><br>**Nominal Defendant** | **<u>Consent Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint</u>** |

Defendants Nana Atakora, Baffour Atakora, and 1221 Hospitality LLC (collectively "Defendants"), respectfully move pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) for a fourteen-day extension of time to respond to Plaintiffs' Amended Complaint. In support, Defendants state as follows:

1. Defendants' current deadline to answer, move, or otherwise respond to the Amended Complaint is Monday, October 12.

2. The undersigned counsel has recently experienced serious health concerns requiring medical attention and resulting in unexpected limitations on counsel's ability to complete Defendants' response by the current deadline.

3. Defendants therefore respectfully request a fourteen-day extension, through and including Monday, October 26, to answer, move, or otherwise respond to the Complaint.

4. This request is made in good faith, is not sought for purposes of delay, and will not prejudice Plaintiffs.

5. Counsel for Plaintiffs consents to the requested extension.

**WHEREFORE**, Defendants respectfully request that the Court extend their deadline to answer, move, or otherwise respond to the Amended Complaint through and including Monday, October 26.

This the 5th day of October, 2026,

**Hull & Chandler**

/s/ Elizabeth Vennum
Elizabeth Vennum
NC State Bar No 49747
Hull & Chandler
1009 East Boulevard
Charlotte, NC 28203
Tel: (704) 375-8488
Fax: (704) 375-8487
lvennum@lawyercarolina.com

## **Certificate of Service**

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification to the following:

Patrick Spaugh
Philip Mayer
Womble Bond Dickinson LLP
301 South College Street, Suite 3500
Charlotte, NC 28202
Patrick.spaugh@wbd.us-com
phil.mayer@wbd-us.com

This the 5th day of October, 2026,

/s/ Elizabeth Vennum
Elizabeth Vennum
NC State Bar No 49747
Hull & Chandler
1009 East Boulevard
Charlotte, NC 28203
Tel: (704) 375-8488
Fax: (704) 375-8487
lvennum@lawyercarolina.com