**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:26-CV-471-MOC-DCK**

| | | |
|---|---|---|
| **3 VENTURES, LLC et al,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **NANA ATAKORA et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Consent Motion For Extension Of Time To Respond To Plaintiffs' Amended Complaint" (Document No. 18) filed October 5, 2026. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Consent Motion For Extension Of Time To Respond To Plaintiffs' Amended Complaint" (Document No. 18) is **GRANTED**. Defendants shall file any response to Plaintiffs' Amended Complaint, on or before **October 27, 2026**.

**SO ORDERED**.

Signed: October 5, 2026

David C. Keesler
United States Magistrate Judge