IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case 3:26-CV-00471-MOC-DCK

| | |
|---|---|
| 3 VENTURES, LLC and MJT Ventures LLC, individually and derivatively on behalf of Spice Tapas LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NANA ATAKORA, BAFFOUR ATAKORA, and 1221 Hospitality LLC,<br><br>Defendants,<br><br>v.<br><br>SPICE TAPAS LLC,<br><br>Nominal Defendant. | **NOTICE OF APPEARANCE** |

NOW COMES Philip D. Mayer of the law firm of Womble Bond Dickinson (US) LLP, admitted to practice by this Court, and files this entry of appearance as counsel for Plaintiffs 3 Ventures, LLC and MJT Ventures, LLC in the above-captioned action.

This the 6th day of October, 2026.

/s/ Philip D. Mayer
Philip D. Mayer (NC Bar No. 52288)
WOMBLE BOND DICKINSON (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202-6037
Telephone: (704) 331-4900
E-mail: Phil.Mayer@wbd-us.com

***Counsel for Plaintiffs 3 Ventures, LLC and MJT Ventures, LLC***

**CERTIFICATE OF SERVICE**

I certify that I have on this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record who have registered to receive such filings.

This the 6th day of October, 2026.

/s/ Philip Mayer
Philip D. Mayer