**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Civil Action No. 3:26-cv-00471**

| | |
|---|---|
| **3 Ventures, LLC and MJT Ventures LLC, individually and derivatively on behalf of Spice Tapas LLC**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**Nana Atakora, Baffour Atakora, and 1221 Hospitality LLC,**<br><br>**Defendants,**<br><br>**v.**<br><br>**Spice Tapas LLC,**<br><br>**Nominal Defendant** | **<u>Motion to Dismiss Plaintiffs' Amended Complaint</u>** |

Defendants Nana Atakora, Baffour Atakora, and 1221 Hospitality LLC, as well as nominal Defendant Spice Tapas LLC (collectively "Defendants"), by and through the undersigned counsel and pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1, and pursuant to 28 U.S.C. § 1367(c)(3), move to dismiss Plaintiffs' Verified Amended Complaint (Doc. 17), or alternatively, to narrow Plaintiffs' claims on the following grounds:

1. **Federal Claims.** Plaintiffs fail to state any federal cause of action. Plaintiffs' 3rd Derivative and 5th Individual Claims fail to allege actionable trademark infringement or false association, their 5th Derivative and 6th Individual Claims fail to allege actionable false advertising, and their 6th Derivative and 9th Individual Claims fail to allege trade-secret misappropriation. The 5th and 9th Individual Claims also fail because Plaintiffs do not own Spice's intellectual property, and the 6th Individual Claim fails for lack of independent commercial injury.

Plaintiffs' 3rd, 5th, and 6th Derivative Claims independently fail for noncompliance with the statutory demand requirements of N.C. Gen. Stat. § 57D-8-01(a)(2).

2. **Supplemental Jurisdiction.** Upon dismissal of the federal claims, Defendants request that the Court decline supplemental jurisdiction over the remaining state-law claims pursuant to 28 U.S.C. § 1367(c)(3).

3. **Remaining Derivative Claims.** Alternatively, Plaintiffs' 1st Derivative Claim seeks declarations unsupported by the Operating Agreement or pleaded facts. Plaintiffs' 2nd, 9th, and 10th Derivative Claims rely on permitted conduct or inadequately pleaded misappropriation; Plaintiffs' 4th, 7th, and 8th Derivative Claims fail to allege actionable trademark infringement, trade-secret misappropriation, or unfair or deceptive conduct; Plaintiffs' 11th and 12th Derivative Claims fail to state cognizable conspiracy or aiding-and-abetting claims; and Plaintiffs' 13th Derivative Claim fails to allege conferral of a benefit. Certain derivative theories also exceed the scope of Plaintiffs' pre-suit demands.

4. **Remaining Individual Claims.** Plaintiffs' 1st Individual Claim improperly seeks statutory inspection relief against the Atakoras and exceeds the statute's scope as to Spice. Plaintiffs' 2nd Individual Claim fails to identify a contractual obligation that 1221 breached in the 2024 repurchases; Plaintiffs' 3rd Individual Claim fails to establish a fiduciary duty or independent injury; Plaintiffs' 4th Individual Claim misconstrues the MIPAs and seeks damages belonging to Spice; and Plaintiffs' 7th Individual Claim fails to allege conferral of a benefit. Plaintiffs' 8th, 10th, and 11th Individual Claims fail to allege actionable misconduct or injury independent of Spice's, and Plaintiffs' 8th and 10th Individual Claims additionally fail because Plaintiffs do not own Spice's intellectual property.

5. Defendants' contemporaneously filed Memorandum of Law provides the legal authorities and arguments supporting the above stated grounds.

**WHEREFORE**, Defendants respectfully request that the Court dismiss Plaintiffs' federal claims and decline supplemental jurisdiction over the remaining state-law claims, dismissing those claims without prejudice. Alternatively, Defendants request that the Court dismiss or narrow Plaintiffs' state-law claims as set forth in their supporting Memorandum.

This the 27th day of October, 2026,

**Hull & Chandler**

/s/ Elizabeth Vennum
Elizabeth Vennum
NC State Bar No 49747
Hull & Chandler
1009 East Boulevard
Charlotte, NC 28203
Tel: (704) 375-8488
Fax: (704) 375-8487
lvennum@lawyercarolina.com

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification to the following:

Patrick Spaugh
Philip Mayer
Womble Bond Dickinson LLP
301 South College Street, Suite 3500
Charlotte, NC 28202
Patrick.spaugh@wbd-us.com
phil.mayer@wbd-us.com

This the 27th day of October, 2026,

/s/ Elizabeth Vennum
Elizabeth Vennum
NC State Bar No 49747
Hull & Chandler
1009 East Boulevard
Charlotte, NC 28203
Tel: (704) 375-8488
Fax: (704) 375-8487
lvennum@lawyercarolina.com