**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case 3:26-CV-00471-MOC-DCK**

| | |
|---|---|
| 3 VENTURES, LLC and MJT VENTURES LLC, individually and derivatively on behalf of SPICE TAPAS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NANA ATAKORA, BAFFOUR ATAKORA, and 1221 HOSPITALITY LLC,<br><br>Defendants,<br><br>v.<br><br>SPICE TAPAS LLC,<br><br>Nominal Defendant. | **CONSENT MOTION FOR EXTENSION OF TIME AND TO EXPAND PAGE LIMIT FOR RESPONSE TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 6(b) and LCvR 7.1, Plaintiffs move for (a) a 10-day extension of time in which to respond to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Doc. 22), which would make the response deadline November 20, 2026, and (b) leave to file a response brief of up to 35 pages, a 10-page expansion of the 25-page limit under LCvR 7.1(d). Defendants consent. In support of this motion, Plaintiffs show the Court:

1. Defendants moved to dismiss the Amended Complaint on October 27, 2026. (Docs. 21, 22.) Thus, Plaintiffs' current deadline to respond is November 10, 2026.

2. Defendants' motion seeks dismissal of almost the entire Amended Complaint, challenging or seeking to narrow each of its twenty-four claims (thirteen derivative and eleven individual) in nine distinct areas of federal and North Carolina law. Those areas include the effect of the Membership Interest Purchase Agreements on ownership of Spice Tapas LLC's intellectual

property; Lanham Act trademark infringement, false association, and false advertising; trade-secret misappropriation; pre-suit demand for derivative claims; supplemental jurisdiction; claims concerning Spice Atlanta; and the remaining derivative and individual claims, including declaratory relief, fiduciary duty, conversion and embezzlement, civil conspiracy, statutory inspection, breach of contract, unfair and deceptive trade practices, and aiding and abetting breach of fiduciary duty. (Doc. 22 at 1–2, 5–23.)

3. Responding to each of Defendants' arguments in full requires additional time and more than 25 pages. Plaintiffs therefore request ten additional days to prepare their response and leave to file a response brief not to exceed 35 pages.

4. Moreover, Defendants' opening brief was approximately 21 pages and they have up to 25 pages for their reply, which is a total of 46 potential pages of briefing. Allowing Plaintiffs up to 35 pages for their response would be proportional. Plaintiffs will of course endeavor to make the brief as concise as possible, but they request the additional pages now in advance of the deadline out of an abundance of caution.

5. This motion is timely, made in good faith, and not for the purpose of delay.

6. Counsel for Plaintiffs conferred with counsel for Defendants, who consented to both the requested extension and the requested page expansion. Thus, Defendants will not be prejudiced by granting the requested relief.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and (a) extend the deadline in which to respond to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint by ten days to November 20, 2026, and (b) grant leave to file a response brief not to exceed 35 pages.

This the 6th day of November 2026.


/s/ Patrick Grayson Spaugh
Patrick Grayson Spaugh (N.C. Bar No. 49532)
Philip Mayer (N.C. Bar No. 52288)
WOMBLE BOND DICKINSON (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202-6037
Telephone: (704) 331-4996
Facsimile: (704) 338-7854
Email: Patrick.Spaugh@wbd-us.com
Email: Phil.Mayer@wbd-us.com

*Counsel for Plaintiffs*