**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:26-CV-471-MOC-DCK**

| | | |
|---|---|---|
| **3 VENTURES, LLC, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **NANA ATAKORA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Consent Motion For Extension Of Time And To Expand Page Limit For Response To Defendants' Motion To Dismiss Amended Complaint" (Document No. 23) filed November 6, 2026. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Consent Motion For Extension Of Time And To Expand Page Limit For Response To Defendants' Motion To Dismiss Amended Complaint" (Document No. 23) is **GRANTED**. Plaintiffs shall file a Response to Defendants' "Motion to Dismiss Plaintiffs' Amended Complaint" on or before **November 20, 2026**.

**IT IS FURTHER ORDERED** that Plaintiffs' Response shall not exceed thirty-five (35) pages.

**SO ORDERED**.

Signed: November 6, 2026

David C. Keesler
United States Magistrate Judge