**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**Civil Action No. 3:26-cv-00471**

| | |
|---|---|
| **3 Ventures, LLC and MJT Ventures LLC, individually and derivatively on behalf of Spice Tapas LLC**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**Nana Atakora, Baffour Atakora, and 1221 Hospitality LLC,**<br><br>**Defendants,**<br><br>**v.**<br><br>**Spice Tapas LLC,**<br><br>**Nominal Defendant** | **Defendants' Consent Motion for Extension of Time to Reply to Plaintiffs' Response** |

NOW COME Defendants Nana Atakora, Baffour Atakora, 1221 Hospitality LLC, Spice Tapas LLC (collectively, "Defendants"), by and through undersigned counsel, and pursuant to Rule 6(b) of the North Carolina Rules of Civil Procedure, and respectfully move the Court for a fourteen-day extension of time, through and including December 11, 2026, to file their reply in support of their Motion to Dismiss. In support of this Motion, Defendants show the Court as follows:

1. Plaintiffs filed their Response to Defendants' Motion to Dismiss November 20, 2026.

2. Defendants' reply is currently due November 27, 2026.

3. Due to the Thanksgiving holiday, Defendants respectfully request an additional fourteen (14) days, through and including December 11, 2026.

4. Undersigned counsel has conferred with counsel for Plaintiffs regarding the requested extension. Plaintiffs' counsel consents to the relief requested herein.

5. This request is made for good cause, is not made for the purpose of delay, and will not prejudice any party.

WHEREFORE, Defendants respectfully request that the Court grant this Consent Motion and extend the deadline for Defendants to file their reply in support of their Motion to Dismiss through and including December 11, 2026.

**This, the 23rd of November, 2026.**

**HULL & CHANDLER**

/s/ Elizabeth Vennum
Elizabeth Vennum
N.C. State Bar No. 49747
Hull & Chandler
1009 East Boulevard
Charlotte, NC 28203
(704) 375-8488
lvennum@lawyercarolina.com
*Counsel for Defendants*

## Certificate of Service

The undersigned does hereby certify that the foregoing document was electronically filed with the Court's ecf system which will automatically send notice and constitute service of same to the following:

Patrick Grayson Spaugh
Philip Mayer
Womble Bond Dickinson
301 South College Street, Suite 3500
Charlotte, North Carolina 28202-6037
Telephone: (704) 331-4996
Facsimile: (704) 338-7854
Patrick.Spaugh@wbd-us.com
Phil.Mayer@wbd-us.com
*Counsel for Plaintiffs*

This, the 23rd day of November, 2026,

**Hull & Chandler**

**By:** /s/ Elizabeth Vennum
Elizabeth Vennum
N.C. State Bar No. 49747
Hull & Chandler
1009 East Boulevard
Charlotte, NC 28203
(704) 375-8488
lvennum@lawyercarolina.com
*Counsel for Defendants*